UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.C.L.

    *Petitioner*,

v.

Thomas DECKER, et al.,

    *Respondents*.

CASE NO. 21 cv 8741 (PKC)

**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO PROCEED USING INITIALS**

Petitioner's motion to proceed using his initials is *provisionally* GRANTED.

**IT IS SO ORDERED.**

Dated: October 27, 2021
New York, New York

_____
United States District Judge