

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

January 24, 2022

**By ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The February 4, 2022 conference is adjourned to February 8, 2022 at 3 PM.

SO ORDERED.
Date: 1/24/2022

P. Kevin Castel
United States District Judge

Re:    *E.C.L. v. Decker*, 21-cv-8741 (PKC)

Dear Judge Castel:

This Office represents the government in the above-referenced action.  On Thursday last week, the Court scheduled oral argument on the petition for February 4, 2022.  ECF No. 18.  I write respectfully to request that the Court adjourn argument until another date mutually convenient for the parties and the Court.  I make this request due to a conflict in my schedule, namely, I have a settlement conference in another matter scheduled for the entire day on February 4.  This is the first request for an adjournment in this case, and petitioner's counsel does not oppose this request but asks that the Court adjourn the argument to the earliest available date.  The parties have conferred and note that they are available on the following dates: February 8-11, 14-15, 16 (morning only), 17, and 18 (afternoon only).

I thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    /s/  *Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.    (212) 637-2741

cc:    Katherine Buckel, Esq. (by ECF)
       *Counsel for Petitioner*